THE PEOPLE OF THE STATE OF NEW YORK ex rel. 812 PARK AVE. CORPORATION, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued June 11, 1946; decided July 23, 1946.

*Murray Sendler* and *Henry H. Harkavy* for appellant.
*John J. Bennett, Corporation Counsel* (*Philip A. Paulson* and *Leo Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.